# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | 8:05CR196 |
| Plaintiff, ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| SANDRA SEVERN, ) | |
| ) | |
| Defendant. ) | |

An initial appearance and plea hearing are scheduled before the undersigned magistrate judge at **2:00 p.m. on June 10, 2005**, in Courtroom No. 7, Second Floor, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

This being a criminal case, defendant must be present unless otherwise ordered by the court.

DATED this 8th day of June, 2005.

BY THE COURT:

s/Thomas D. Thalken
United States Magistrate Judge