IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:05CR196 |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SANDRA SEVERN, | ) | |
| | ) | |
| Defendant. | ) | |

    IT IS ORDERED that, pursuant to General Order 2005-15, this case is reassigned to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.  This case remains assigned to District Judge Richard G. Kopf.

    The Initial Appearance and Change of Plea Hearings set before Magistrate Judge Thomas D. Thalken for June 10, 2005 at 2:00 p.m. are hereby cancelled.  Counsel shall contact Magistrate Judge Piester's office for a new hearing date and time.

    DATED this 9th day of June, 2005.

                                    BY THE COURT:

                                    s/ Richard G. Kopf
                                    RICHARD G. KOPF
                                    UNITED STATES DISTRICT JUDGE